RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/4/12
BY JDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID RATCLIFF,<br>    Appellant | CIVIL ACTION 11-2195 |
| VERSUS | JUDGE James T. TRimble, JR |
| U.S. COMMISSIONER OF SOCIAL SECURITY,<br>    Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's motion for remand is GRANTED, the final decision of the Commissioner is REVERSED AND VACATED, and the case is REMANDED to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), in order for the ALJ to:

    (1) obtain a consultative mental status examination of Ratcliff,
    (2) re-evaluate all of Ratcliff's physical and mental impairments,
    (3) reconsider all of the medical opinions of record and provide appropriate rationale to explain the weight given to opinion,
    (4) further consider Ratcliff's residual functional capacity and provide appropriate rationale to support the assessed limitations,
    (5) if warranted, obtain psychological or psychiatric medical expert testimony to clarify the severity of Ratcliff's mental impairment,
    (6) obtain testimony from a vocational expert to clarify the effect of the assessed limitation on Ratcliff's occupational base, and

(7) ensure the ALJ asks proper hypothetical questions to the vocational expert and, before relying on the vocational expert's testimony, the ALJ will identify and resolve any conflicts between information provided by the VE and information found in the <u>Dictionary of Occupational Titles</u>.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of September, 2012.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE